1

2

3

4

5

6                                    **UNITED STATES DISTRICT COURT**

7                                            **DISTRICT OF NEVADA**

8    MICHAEL GIESBRECHT,                      )
                                              )
9                 Plaintiff,                  )
                                              )
10        v.                                  )          3:14-cv-00356-MMD-WGC
                                              )
11   MIKE HALEY,                              )          **ORDER**
                                              )
12                Defendant.                  )
                                              )
13   _____ )

14   **I.      DISCUSSION**

15          Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has

16   submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to

17   proceed *in forma pauperis*.  (ECF No. 1, 1-1).

18          Plaintiff's application to proceed *in forma pauperis* is incomplete.  Pursuant to 28 U.S.C.

19   § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in*

20   *forma pauperis* and attach both an inmate account statement for the past six months and a

21   properly executed financial certificate.  Plaintiff has not signed the declaration under penalty

22   of perjury on page 3 of the application but has submitted a financial certificate and an inmate

23   account statement.  (*See* ECF No. 1 at 3).  As such, the *in forma pauperis* application is

24   denied without prejudice.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1),

25   but will not file it until the matter of the payment of the filing fee is resolved.  Plaintiff will be

26   granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*,

27   or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file a new

28   application to proceed *in forma pauperis* he must file a fully complete application to proceed

1   *in forma pauperis*.

2   **II.      CONCLUSION**

3         For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in*

4   *forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

5         IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the

6   approved form application to proceed *in forma pauperis* by a prisoner, as well as the document

7   entitled information and instructions for filing an *in forma pauperis* application.

8         IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,

9   Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the

10  correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or

11  (2) pay the full filing fee of $400.

12        IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

13  dismissal of this action may result.

14        IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF

15  No. 1-1), but shall not file it at this time.

16

17        DATED: This __9th__ day of July, 2014.

18

19                                        _____
                                          United States Magistrate Judge
20

21

22

23

24

25

26

27

28

2